UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  20-81809 |
| Marco Raygoza | ) | |
| Christina M Raygoza | ) | Chapter: 7 |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AS TO A 2012 DODGE CHARGER**

This cause coming on to be heard upon the motion for relief from the automatic stay brought by Consumers Credit Union, due notice having been given and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

A. That the automatic stay is modified to permit the Credit Union to exercise its state law remedies against its collateral, 2012 Dodge Charger VIN 2C3CDXCT6CH135584.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  December 02, 2020

**Prepared by:**

Trunkett & Trunkett, P.C.
20 N. Wacker Drive
Suite 1434
Chicago, IL 60606
312.324.3101
Kerry Trunkett: 6188221
Caroline Hasten: 6316656
chasten@trunkettlawpc.com